# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JESSE ARON ROSS,

          Plaintiff,

vs.

AMY KRUEGER, et al.,

          Defendants.

2:13-cv-00355-GMN-VCF

**ORDER**

[Motion Requesting Court Order Service Upon Newly Added Defendants by U.S. Marshals Service (#76)]

    Before the Court is Plaintiff's Motion Requesting Court Order Service Upon Newly Added Defendants by U.S. Marshals Service (#76). Plaintiff requests the Court to order the U.S. Marshal to effectuate service upon Defendants Nye County and Anthony Demeo.

**Background:**

    On February 21, 2014, Plaintiff was granted leave to file his Second Amended Complaint (#72), which added Nye County and Anthony Demeo as additional defendants. Defendants, Amy Krueger, Anthony DeMeo, Brian Young, Carina Skyles, Danny Ellis, Jadey Zaragoza, Karyn Smith, Melissa Taylor, Ricardo Ramerez, Richard Mashall, Scott Gutheridge, Shirley Trummell, Terry Rising, Greg Arms, Gary Hollis, Butch Borasky, Lorinda Wichman, and Nye County, filed their Answer to Plaintiff's Second Amended Complaint on March 14, 2014. (#75). Plaintiff filed the instant motion (#76) on March 18, 2014. On March 26, 2014, Defendants filed a Non-Opposition to Plaintiff's Motion (#76). (#77).

    Defendants Nye County and Anthony Demeo have appeared and filed an Answer to the Second Amended Complaint (#75) negating the need to serve them.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Court Order Service Upon Newly Added Defendants by U.S. Marshals Service (#76) is DENIED as moot.

DATED this 9th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE