UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Jesse Aron Ross,                                  )
                                                  )
        Plaintiff,                       )    Case No.: 2:13-cv-00355-GMN-VCF
   vs.                                         )
                                                  )    **ORDER**
Amy Krueger, *et al.*,                            )
                                                  )
        Defendants.                      )
                                                  )

    Pending before the Court is the First Motion to Extend Time to File Opposition to Summary Judgment and Second Motion to Extend Copy Work Limit (ECF No. 87) filed by Plaintiff Jesse Aron Ross ("Plaintiff"). Defendants have not filed a Response. Having considered Plaintiff's brief and for good cause appearing, the Court grants the motion. Plaintiff's Response to Defendants' Motion for Summary Judgment (ECF No. 82) is due on August 8, 2014, and Plaintiff's copy work limit shall be extended from $375.10 to $425.10.

    **IT IS HEREBY ORDERED** that Plaintiff's First Motion to Extend Time to File Opposition to Summary Judgment and Second Motion to Extend Copy Work Limit (ECF No. 87) is **GRANTED**. Plaintiff Response to Defendants' Motion for Summary Judgment is due on **August 8, 2014**.

    **DATED** this 1st day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge