# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSE ARON ROSS, | |
| Plaintiff, | 2:13-cv-00355-GMN-CWH |
| vs. | **ORDER** |
| AMY KRUEGER, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion Requesting Extension of Prison Copywork Debt Limit. (#114). This case is currently stayed and pending a decision from the Court of Appeals. (#112).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion Requesting Extension of Prison Copywork Debt Limit. (#114) is DENIED without prejudice.

DATED this 23rd day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE