1 **Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
2 Nevada Bar No. 6882
Brian R. Hardy, Esq.
3 Nevada Bar No. 10068
Jonathan B. Lee, Esq.
4 Nevada Bar No. 13524
10001 Park Run Drive
5 Las Vegas, Nevada 89145
Telephone: (702) 382-0711
6 Facsimile: (702) 382-5816
canderson@maclaw.com
7 bhardy@maclaw.com
jbl@maclaw.com
8    Attorneys for Defendants

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JESSE ARON ROSS,

                          Plaintiff,          Case No.:      2:13-cv-00355-GMN-VCF

        vs.

AMY KRUEGER, et al.,

                          Defendant.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants, Amy Krueger, Anthony DeMeo, Brian Young, Carina Skyles, Danita Rouseville, Jadey Zaragoza, Melissa Taylor, Ricardo Ramirez, Richard "Rick" Marshall, Scott Gutheridge, Terry Rising, Greg Arms, and Nye County (collectively, the "Nye County Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., Brian R. Hardy, Esq., and Jonathan B. Lee, Esq.; of the law firm of Marquis Aurbach Coffing and Plaintiff Jesse Aron Ross, representing himself in proper person, that:

        1.    The claims against the Nye County Defendants be dismissed with prejudice;

        2.    The Nye County Defendants will cover Jesse Aron Ross' filing fee of Three Hundred Fifty Dollars ($350.00); and

/ / /

MAC:11779-066 2574967_1

*(left margin, rotated)* MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.      All calendared-matter in the above-captioned case are moot and can be taken off calendar.

Dated: August 10, 2015

Dated: August 5th, 2015

JESSE ARON ROSS

MARQUIS AURBACH COFFING

By: _Jesse Ross_____
JESSE ARON ROSS
4-B-28
High Desert State Prison
PO Box 650
Indian Springs, Nevada 89070
*Pro Se* Plaintiff

By: _Jonathan Lee_____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada  89145
Attorneys for Defendants

## ORDER

Based upon the foregoing, IT IS SO ORDERED.

**DATED** this 1st day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectively submitted by

MARQUIS AURBACH COFFING

By: _Jonathan Lee_____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada  89145
Attorneys for Defendants

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-066 2574967_1