**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
jbl@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>               Plaintiff,<br><br>vs.<br><br>AMY KRUEGER, et al.,<br><br>               Defendant. | Case No.:    2:13-cv-00355-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants, Amy Krueger, Anthony DeMeo, Brian Young, Carina Skyles, Danita Rouseville, Jadey Zaragoza, Melissa Taylor, Ricardo Ramirez, Richard "Rick" Marshall, Scott Gutheridge, Terry Rising, Greg Arms, and Nye County (collectively, the "Nye County Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., Brian R. Hardy, Esq., and Jonathan B. Lee, Esq.; of the law firm of Marquis Aurbach Coffing and Plaintiff Jesse Aron Ross, representing himself in proper person, that:

    1.    The claims against the Nye County Defendants be dismissed with prejudice;

    2.    The Nye County Defendants will cover Jesse Aron Ross' filing fee of Three Hundred Fifty Dollars ($350.00); and

/ / /

MAC:11779-066 2574967_1

3. All calendared-matter in the above-captioned case are moot and can be taken off calendar.

| | |
|---|---|
| Dated: August 10, 2015 | Dated: August 5th, 2015 |
| JESSE ARON ROSS | MARQUIS AURBACH COFFING |
| By: *Jesse Ross* | By: *Jonathan Lee* |
| JESSE ARON ROSS<br>4-B-28<br>High Desert State Prison<br>PO Box 650<br>Indian Springs, Nevada 89070<br>*Pro Se* Plaintiff | CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>BRIAN R. HARDY, ESQ.<br>Nevada Bar No. 10068<br>JONATHAN B. LEE, ESQ.<br>Nevada Bar No. 13524<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendants |

### ORDER

Based upon the foregoing, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the stay is lifted in light of Defendants' dismissal of their appeal.

Respectively submitted by

MARQUIS AURBACH COFFING

By: *Jonathan Lee*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED this 2nd day of October, 2015

MAC:11779-066 2574967_1