**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
jbl@maclaw.com
  Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMY KRUEGER, et al.,<br><br>　　　　　　Defendant. | Case No.:　　2:13-cv-00355-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants, Shirley Trummell, Karyn Smith, Danny Ellis, Andrew "Butch" Borasky, Gary Hollis and Lorinda Wichman (collectively, the "Nye County Defendants"), by and through their counsel of record, Craig R. Anderson, Esq., Brian R. Hardy, Esq., and Jonathan B. Lee, Esq.; of the law firm of Marquis Aurbach Coffing and Plaintiff Jesse Aron Ross, representing himself in proper person, that:

　　1.　　The claims against the Nye County Defendants be dismissed with prejudice;

　　2.　　The Nye County Defendants will cover Jesse Aron Ross' filing fee of Three Hundred Fifty Dollars ($350.00); and

　　3.　　All calendared-matter in the above-captioned case are moot and can be taken off calendar.

| | |
|---|---|
| Dated: November 11, 2015 | Dated: November 12th, 2015 |
| JESSE ARON ROSS | MARQUIS AURBACH COFFING |
| By: *[signature]* <br> JESSE ARON ROSS <br> 4-B-28 <br> High Desert State Prison <br> PO Box 650 <br> Indian Springs, Nevada 89070 <br> *Pro Se* Plaintiff | By: *[signature]* <br> CRAIG R. ANDERSON, ESQ. <br> Nevada Bar No. 6882 <br> BRIAN R. HARDY, ESQ. <br> Nevada Bar No. 10068 <br> JONATHAN B. LEE, ESQ. <br> Nevada Bar No. 13524 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendants |

The Clerk shall enter judgment accordingly and, because all defendants have now been dismissed with prejudice, close the case.

### ORDER

Based upon the foregoing, IT IS SO ORDERED.

Dated this 13 day of November, 2015.

*[signature]*

_____
UNITED STATES DISTRICT COURT JUDGE

Respectively submitted by

MARQUIS AURBACH COFFING

By: *[signature]*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants